UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23CR0418-W-01 |
| Plaintiff, | **ORDER TO CONTINUE THE STATUS HEARING** |
| v. | |
| ROCKY AVILA AYALA, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the joint motion to continue the status hearing from July 31, 2023 to August 28, 2023 at 9:00 a.m. **is granted**. It is further ordered that time is excluded from the Speedy Trial Act in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(1) (D) and (h)(7)(A).

**IT IS SO ORDERED**.

Dated: 7/26/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE