# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-cr-0418-W |
| Plaintiff, | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE STATUS HEARING** |
| v. | |
| ROCKY AVILA AYALA, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the joint motion to continue the status hearing from October 2, 2023 to October 30, 2023 at 9:00 a.m. **is granted**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(1)(D), and (h)(7).

**IT IS SO ORDERED.**

Dated: 9/21/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE