# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROCKY AVILA AYALA,<br><br>Defendant. | CASE NO.: 23CR0418-W<br><br>**ORDER TO CONTINUE STATUS HEARING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Status Hearing scheduled for October 30, 2023 to December 4, 2023 at 9:00 a.m. be granted. It is further ordered that time is excluded from the Speedy Trial Act in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(1) (D) and (h)(7)(A).

DATED: 10/25/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE